No. 10–9829.  HEADE *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY.  C. A. D. C. Cir.  Certiorari denied.

No. 10–9833.  DELEON MARTINEZ *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 10–9852.  EARP *v.* MARTEL, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–9860.  WHITLEY *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 10–9862.  WEST *v.* TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 10–9869.  LITTLE *v.* WARREN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–9872.  DOANE *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 10–9874.  ORTIZ *v.* LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 10–9876.  BISHOP *v.* TOYS "R" US, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 10–9880.  WHITLEY *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 10–9881.  TERRELL *v.* WOODS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–9883.  WILLIAMS *v.* TEXAS.  Ct. App. Tex., 2d Dist. Certiorari denied.

No. 10–9884.  TALLEY *v.* CITY OF ATLANTIC CITY, NEW JERSEY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–9885.  WINDING *v.* GEO GROUP, INC.  C. A. 5th Cir. Certiorari denied.

No. 10–9892.  BEGELTON *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.